# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

140713

BILL G. ELLIOTT and MARIE L. ELLIOTT,
Individually and as Next Friend of IAN A.
ELLIOTT, a Minor,
        Plaintiffs-Appellees,

v

DANIEL L. THERRIEN and MARY ANN
THERRIEN,
        Defendants-Appellants,

and

WIST, INC., d/b/a SERVICEMASTER
PRIORITY CARE, AMY COVAULT, and
HALLMARK-WEST REALTY, INC.,
        Defendants.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140713
COA: 288235
Oakland CC: 2005-069174-CK

        On order of the Court, the application for leave to appeal the January 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

d0920